[No. 8816–9–II.   Division Two.   November 2, 1987.]

GREGORY C. BROWN, *Appellant,* v. THE CIVIL SERVICE COMMISSION OF BREMERTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84–2–00490–0, William E. Howard, J., entered April 30, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Petrich, J., and Edgerton, J. Pro Tem.

[No. 9991–8–II.   Division Two.   November 3, 1987.]

GERALD D. CORNELL, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–04178–5, William L. Brown, Jr., J., entered May 14, 1986. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Reed, C.J., and Worswick, J.

[No. 8005–6–III.   Division Three.   November 3, 1987.]

LOIS HILL, ET AL, *Appellants,* v. MARGERY SPLATTSTOESSER CARMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 84–2–00059–1, John E. Bridges, J. Pro Tem., entered July 7, 1986. *Dismissed* by unpublished per curiam opinion.